IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DANNY J. HICKS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 5:03-CV-307(DF) |
| : | |
| **RALPH BATTLE, et al.,** : | |
| : | |
| Defendant. : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on August 11, 2005. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (tab 78) is hereby **DENIED**.

SO ORDERED, this 24th day of October, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab