IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANNY J. HICKS, | : |
| Plaintiff, | : |
| vs. | : 5:03-CV-307(DF) |
| RALPH BATTLE, et al., | : |
| Defendant. | : |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on October 13, 2005. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Plaintiff's Motion for a Mandatory Injunction and Order to Compel (tab 84) is hereby **DENIED**.

SO ORDERED, this 14th day of November, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab