IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DANNY J. HICKS,

               Plaintiff

   VS.

JOE FERRERO, *et al.*,

               Defendants

NO. 5: 03-CV-307 (DF)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

## ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff herein has, for the second time,[1] has requested this court to provide legal representation for him in the above- captioned proceeding (Tab #109).  Generally a right to counsel does not exist in §1983 actions.  *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985); *Hardwick v. Ault*, 517 F.2d 295, 298 (5th Cir. 1975); *Meckdeci v. Merrell National Laboratories*, 711 F.2d 1510, 1522 n.19 (11th Cir. 1983); it is a privilege that is justified only by exceptional circumstances.  *Lopez v. Reyes*, 692 F.2d 15, 17 (5th Cir. 1982); *Branch v. Cole*, 686 F.2d 264, 266 (5th Cir.1982); *Ulmer v. Chancellor*, 691 F.2d 209 (5th Cir. 1982).

In deciding whether legal counsel should be provided, the court typically considers, among other factors, the merits of the plaintiff's claim and the complexity of the issues presented.  *See Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989).  Based on the facts and legal doctrine present and the plaintiff's vigorous litigation of the case on his own behalf, applying the standards set forth in *Ulmer*, *supra*, it appears that at the present time, the plaintiff is still without need of court-appointed legal counsel.  The court on its own motion will consider assisting plaintiff in securing legal counsel <u>if</u> and <u>when</u> it becomes apparent that legal assistance is required in order to avoid prejudice to his rights.

Accordingly, plaintiff's motion for appointment of legal counsel (Tab #109) is **DENIED**.

SO ORDERED, this 14th day of APRIL, 2006.



                              CLAUDE W. HICKS, JR.
                              UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff's first Motion to Appoint Counsel (Tab #6) was denied as being premature on May 24, 2004 (Tab #19)